# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) CR.S-07-253 EJG
     )
**ANGELIQUE MICHELLE HALL** )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (**X**) Ad Prosequendum      ( ) Ad Testificandum.
Name of Detainee: **Angelique Michelle Hall, Reference Number: X23417**

Detained at (custodian): Valley State Prison for Woman (VSPW)

Detainee is:    a.)    ( ) charged in this district by:
    (**X**) Indictment      ( ) Information      ( ) Complaint
    Charging Detainee With: **Bank Fraud (11 Counts) Aggravated Identity Theft (25 Counts), Possession of Stolen U.S. Identification Documents, and Possession of Stolen Mail**

or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ( ) return to the custody of detaining facility upon termination of proceedings
or    b.)    (X ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

    Signature: /s/ Camil A. Skipper
    Printed Name & Phone No: **AUSA CAMIL A. SKIPPER, (916) 554-2709**
    Attorney of Record for: **United States of America**

## WRIT OF HABEAS CORPUS
    (**X**) Ad Prosequendum      ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the Federal Bureau of Investigation for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

July 18, 2007
Date                                              United States Magistrate Judge

Please provide the following, if known:

| Field | Value | Field | Value |
|---|---|---|---|
| AKA(s) (if applicable): | Angelique Freitas | Male / Female | X (Female) |
| Booking or CDC #: | X-23417 | DOB: | |
| Facility Address: | 21633 Avenue 24 | Race: | |
| | Chowchilla, CA 93610 | FBI #: | |
| Facility Phone: | (559) 665-6100 | | |
| Currently Incarcerated For: | | | |

---

**RETURN OF SERVICE**

Executed on _____ by _____      _____
                                                                                (Signature)