```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ANGELIQUE MICHELLE HALL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> ANGELIQUE MICHELLE HALL, ) <br> ) <br> Defendant. ) <br> _____ | NO. CR.S-07-253-EJG <br><br><br> **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER ON EXCLUSION OF TIME** <br><br> Date: September 7, 2007 <br> Time: 10:00 a.m. <br> Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAMIL SKIPPER, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference previously set for August 24, 2007 be continued to September 7, 2007, and that time continue to be excluded for preparation of defense counsel.

This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to discuss the case with the prosecutor. The parties are discussing a proposed plea agreement. Defense counsel must explain the guidelines and the proposed plea agreement to Ms. Hall and review her criminal history.

For this reason, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through September 7, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(iv)(Local Code T4).

```
                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender


DATED: August 22, 2007              /s/ RACHELLE BARBOUR
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorney for Defendant


                                    McGREGOR SCOTT
                                    United States Attorney


DATED: August 22, 2007              /s/ RACHELLE BARBOUR for
                                    CAMIL SKIPPER
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

### **O R D E R**

**IT IS SO ORDERED.** The previously set status conference is continued to September 7, 2007. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

```
DATED: August 23, 2007              /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    United States District Judge
```

2