DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ANGELIQUE MICHELLE HALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　 )<br>　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　 )<br>　v.　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　 )<br>ANGELIQUE MICHELLE HALL, )<br>　　　　　　　　　　　　　　 )<br>　　　　　　Defendant. )<br>_____ | NO. CR.S-07-253-EJG<br><br>**STIPULATION TO CONTINUE JUDGMENT AND SENTENCING HEARING**<br><br>Date: January 25, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAMIL SKIPPER, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the judgment and sentencing hearing previously set for January 11, 2008 be continued to January 25, 2008, and that the date for filing formal objections be continued to January 18, 2008.  This continuance is requested so that the parties may prepare sentencing arguments to be presented to the Court.

//

//

Defense counsel has spoken with USPO Tom Brown who agrees with this continuance and concurs with the new date.

```
                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender


DATED: January 4, 2008              /s/ RACHELLE BARBOUR
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorney for Defendant


                                    McGREGOR SCOTT
                                    United States Attorney


DATED: January 4, 2008        __    /s/ RACHELLE BARBOUR for
                                    CAMIL SKIPPER
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

### O R D E R

**IT IS SO ORDERED.**

      January 7, 2008      /s/ Edward J. Garcia
                                    United States District Judge